AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Cindy Fitchett-DOB: xx/xx/xxxx; Michael Curzio-DOB: xx/x/xxxx; Douglas Sweet-DOB: xx/xx/xxxx; Terry Brown-DOB: xx/xx/xxxx; Bradley Rukstales-DOB: xx/xx/xxxx; and Thomas Gallgher-DOB: xx/xx/xxxx<br><br>_____<br>Defendant(s) | ) ) ) ) ) ) ) ) | Case: 1:21-MJ-00012<br>Assigned to: Judge G. Michael Harvey<br>Assigned Date: 1/7/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. 5104 (e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph Bruno, United States Capitol Police
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __January 7, 2021__

_____
Judge's signature

City and state: __Washington, District of Columbia__    G. Michael Harvey, U.S. Magistrate Judge
Printed name and title