AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| Cindy Fitchett | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cindy Fitchett                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104 (e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds


Date:     01/07/2021                                            *Joseph Bruno*
                                                                                       *Issuing officer's signature*

City and state:     Washington, DC                              Officer Joseph Bruno, MPD
                                                                                       *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-12-2021
at *(city and state)* Suffolk, VA                         .

Date: 1-12-2021                                                  FBI Arrest
                                                                                       *Arresting officer's signature*

                                                                                 Remote IA
                                                                                       *Printed name and title*