# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | Case No.: 21-cr-00041 (CJN) |
| : | |
| **CINDY FITCHETT, et al.** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Seth Adam Meinero, who may be contacted by telephone on 202-252-5847 or email at Seth.Meinero@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        N.Y. Bar No. 4444188

By:   /s/ *Seth Adam Meinero*
       SETH ADAM MEINERO
       Trial Attorney
       Detailee
       United States Attorney's Office
        for the District of Columbia
       D.C. Bar Number 976587
       Federal Major Crimes Section
       555 4th St., N.W.
       Washington, DC 20530
       202-252-5847 (office)
       Seth.Meinero@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 17th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
United States Attorney's Office
 for the District of Columbia
D.C. Bar Number 976587
Federal Major Crimes Section
555 4th St., N.W.
Washington, DC 20530
202-252-5847 (office)
Seth.Meinero@usdoj.gov