UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-41 (CJN) |
| | : | |
| CINDY FITCHETT, | : | |
| MICHAEL CURZIO, | : | |
| DOUGLAS SWEET, | : | |
| TERRY BROWN, | : | |
| BRADLEY RUKSTALES, and | : | |
| THOMAS GALLAGHER, | : | |
| *Defendants.* | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files a March 29, 2021, preliminary-discovery letter in this case, which was served as an attachment to this notice via the Court's electronic case files system (ECF) on counsel for the defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   */s/ Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 976587
United States Attorney's Office
  for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
202-252-5847
Seth.Meinero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2021, I served a copy of this pleading on defendants' counsel through ECF.

>    */s/ Seth Adam Meinero*
>    SETH ADAM MEINERO
>    Trial Attorney
>    Detailee
>    United States Attorney's Office
>     for the District of Columbia