UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-41 (CJN) |
| | : | |
| **CINDY FITCHETT,** | : | |
| **MICHAEL CURZIO,** | : | |
| **DOUGLAS SWEET,** | : | |
| **TERRY BROWN,** | : | |
| **BRADLEY RUKSTALES, and** | : | |
| **THOMAS GALLAGHER,** | : | |
| *Defendants.* | : | |

## RESUBMITTED UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  */s/ Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 976587
United States Attorney's Office
  For the District of Columbia
555 Fourth Street, N.W.
Washington, DC  20530
seth.meinero@usdoj.gov
202-252-5847

## **CERTIFICATE OF SERVICE**

On April 6, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Files System.

/s/ *Seth Adam Meinero*
Seth Adam Meinero
Trial Attorney
Detailee
United States Attorney's Office
   for the District of Columbia