**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 1:21-cr-00041 (CJN) |
| CINDY FITCHETT, et al., | |
| *Defendant*. | |

**ORDER**

    Before the Court is the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 40. The parties have conferred, and Thomas Curzio is the only Defendant who does not consent to the motion. *Id.* at 7.

    The Court finds that the investigation into the events that gave rise to the charges against Defendants is so unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Specifically, this case involves unusually voluminous discovery that the government must review and produce to Defendants in order for both sides to prepare for further proceedings.

    The Court therefore finds that the interests of justice are served by continuing this case and tolling the computation of time under the Speedy Trial Act for a period of approximately sixty days from March 31, 2021, through and including May 31, 2021, to allow adequate time to produce and review discovery materials. For the reasons stated in this Order, the Court finds that the interests of justice served by such action outweigh the interests of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). It therefore is hereby

ORDERED that the United States' Motion to Continue and to Exclude Time Under the Speedy Trial Act, ECF No. 40, is GRANTED; it is

FURTHER ORDERED that this action is continued from March 31, 2021, through and including May 31, 2021; it is

FURTHER ORDERED that in the interests of justice, the time from March 31, 2021, through and including May 31, 2021, is excluded from the Speedy Trial Act computation; and it is

FURTHER ORDERED that the parties shall appear before the Court for a status conference on May 31, 2021, at 10:00 a.m.

It is SO ORDERED.

DATE:  April 12, 2021

CARL J. NICHOLS
United States District Judge