UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-41(CJN) |
| | : | |
| **CINDY FITCHETT,** | : | |
| **MICHAEL CURZIO,** | : | |
| **DOUGLAS SWEET,** | : | |
| **TERRY BROWN,** | : | |
| **BRADLEY RUKSTALES, and** | : | |
| **THOMAS GALLAGHER,** | : | |
| *Defendants.* | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e), if applicable to this case. The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendants regarding this motion and counsel do not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/
SETH ADAM MEINERO
Trial Attorney
Detailee
D.C. Bar No. 976587
United States Attorney's Office for the
    District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
202-252-5847
Seth.Meinero@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 18, 2021, I served a copy of this pleading on defendants' counsel through the electronic case files system.

/s/
SETH ADAM MEINERO
Trial Attorney
Detailee