CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           )
                                   )
            vs.                    )   Criminal Case No.: CR 21-041-01 (CJN)
                                   )
         Cindy Fitchett            )
                                   )
                                   )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant *her* waives ~~his~~ right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
~~Assistant United States Attorney~~
Trial Attorney (Detailee)

Approved:

_____
Carl J. Nichols
United States District Judge

Date: August 8, 2021