UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | **Criminal No. 21-CR-41 (CJN)** |
| | : | |
| CINDY FITCHETT and | : | |
| DOUGLAS SWEET, | : | |
| | : | |
| *Defendants.* | : | |

### UNITED STATES' NOTICE OF FILING OF ITEM INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibit which is incompatible with CM/ECF filing. The item is a digital video, labeled Exhibit 1. The government has no objection to the public release of this exhibit. The United States will make the following video evidence available to the Court, and has already made it available to counsel for the defendants electronically:

| Number | File Name | Source |
| --- | --- | --- |
| 1 | 20210106_142457.mp4 | Cindy Fitchett's cellphone |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Seth Adam Meinero*
SETH ADAM MEINERO
Trial Attorney (Detailee)
D.C. Bar No. 976587
175 N St., N.E., Room 4.107
Washington, DC 20530
Seth.Meinero@usdoj.gov
202-252-5847

/s/ Susan Lehr
SUSAN LEHR
Assistant United States Attorney (Detailee)
United States Attorney's Office for the
　District of Columbia
Nebraska Bar No. 19248
402-661-3700
Susan.Lehr@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2021, I served a copy of the foregoing on all parties to this matter as listed in the Court's Electronic Case Files system.

/s/ Seth Adam Meinero
SETH ADAM MEINERO
Trial Attorney (Detailee)