PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:21CR00041-001 |
| DOCKET NUMBER *(Rec. Court)* | 3:21cr129 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Cindy Fitchett | District of Columbia | |

| NAME OF SENTENCING JUDGE |
|---|
| Carl J. Nichols |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/09/2021 | TO 11/08/2024 |
|---|---|---|

| OFFENSE |
|---|
| Parading, Demonstrating, or Picketing in a Capitol Building 40 USC § 5104(e)(2)(G) |

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Columbia

> IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 12, 2021
*Date*

*Carl J. Nichols*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Virginia

> IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

/s/
Henry E. Hudson
Senior United States District Judge

Nov. 16, 2021
*Effective Date*

_____
*United States District Judge*